IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

INTEGRATED DIRECT
MARKETING, LLC,

    Plaintiff,

v.

DREW MAY,

    Defendant.

Case No. 1:14-CV-1183LMB/IDD

### ORDER GRANTING JOINT CONSENT MOTION TO EXTEND DISCOVERY AND TO MODIFY SCHEDULING ORDER

UPON CONSIDERATION of the Parties' Joint Consent Motion to Extend Discovery and to Modify Scheduling Order, and the corresponding dates proposed by the Parties, and the entire record herein, it is, this 22nd day of January, 2015, hereby

**ORDERED** that the Parties' Motion is **GRANTED**; and it is

**FURTHER ORDERED**, that the Scheduling Order governing this case shall be modified as follows:

| | |
|---|---|
| Supplemental Initial Disclosures | February 9, 2015 |
| Proponent's Fed. R. Civ. P. 26(a)(2) Disclosure | March 9, 2015 |
| Opponent's Fed. R. Civ. P. 26(a)(2) Disclosure | April 8, 2015 |
| Rebuttal Disclosure | April 23, 2015 |
| Close of Discovery | May 8, 2015 |
| Final Pretrial Conference | Thursday May 14, 2015 at 9:30 am. |

**SO ORDERED.**

/s/
Leonie M. Brinkema
United States District Judge